IN THE COURT OF COMMON PLEAS
SUMMIT COUNTY, OHIO

| | |
|---|---|
| MILDRED M. ACCOMANDO, | CASE NO. CV-2022-07-2217 |
| Plaintiff, | JUDGE ALISON BREAUX |
| vs. | **NOTICE OF FILING NOTICE OF REMOVAL OF DEFENDANT WAL-MART STORES EAST, LP** |
| WALMART, INC., et al., | |
| Defendants. | |

Please take notice that Defendant, Wal-Mart Stores East, LP ("Walmart"), improperly designated in the Complaint as "Walmart, Inc.," and "Wal-Mart Real Estate Business Trust" by and through counsel, has on this 1st day of August, 2022, filed its Notice of Removal to Federal Court, a copy of which is appended hereto, in the office of the Clerk in the United States District Court for the Northern District of Ohio, Eastern Division. Pursuant to 28 U.S.C. §§ 1441 and 1446, these proceedings are to be removed to the United States District Court of Ohio, Northern District, Eastern Division.

Pursuant to 28 U.S.C. § 1446(D), the state court shall proceed no further unless and until this case is remanded by the United States District Court. A copy of said Notice of Removal is attached hereto.



EXHIBIT B

Respectfully submitted,

*/s/ Moriah K. Cheatham Williams*
Bradley A. Wright (47090)
bwright@ralaw.com
Moriah K. Cheatham Williams (98733)
mcheathamwilliams@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone  330.376.2700
Facsimile  330.376.4577
ATTORNEYS FOR DEFENDANT
WAL-MART STORES EAST LP

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 1st day of August, 2022. Notice of this filing will be sent to all parties registered to receive service through the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system. Further, copies will be sent via U.S. Mail to unrepresented parties.

/s/ Moriah K. Cheatham Williams
Bradley A. Wright
Moriah K. Cheatham Williams

18646026_1 109514.2376