Sandy Opacich
Clerk of Court

## United States District Court
### Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

(216) 357-7000

August 29, 2022

Summit County Clerk of Courts

ATTN: CLERK

Summit County Courthouse

205 S. High St., 1st Floor
Akron, OH 443058

| SUBJECT: | Remand to Summit County Court of Common Pleas | |
|---|---|---|
| | USDC Case No. | 5:22CV1353 |
| | Summit County Court Case No. | CV-2022-07-2217 |

Dear Clerk:

On August 29, 2022, The Honorable Judge John R. Adams, United States District Judge, entered an Order remanding the above-mentioned case to your Court.  I am enclosing certified copies of our docket sheet and the order of remand.  Other documents in this case can be accessed electronically on the internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time stamped copy of this letter in the enclosed envelope.  Thank you.

Sincerely,

Sandy Opacich, Clerk

By:   Terri L. Masich
Deputy Clerk
Sincerely,

⊞

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH  44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W. L. Ashley
U.S. Court House
1716 Spielbusch Avenue
Toledo, OH  43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400